# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

James C Bottomley

**V.**

Matthew Cate

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 12cv0472-BTM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Cout Dismisses this action without Prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

| March 12, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON March 12, 2012

12cv0472-BTM(WMC)